No. 85–2161. PETROWSKI v. NORWICH FREE ACADEMY ET AL. Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.

No. 85–2170. DROCIAK v. SUPREME COURT OF NEW HAMPSHIRE. Appeal from Sup. Ct. N. H. dismissed for want of substantial federal question.

No. 85–6767. CHICCO v. STARECHESKI ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

No. 86–14. BUCKLEY v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 86–122. THOMPSON v. THOMPSON. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 86–168. D. R. MERTENS, INC. v. FLORIDA DEPARTMENT OF INSURANCE. Appeal from Dist. Ct. App. Fla., 1st Dist., dismissed for want of substantial federal question.

No. 86–201. ZUCKERMAN PROPERTY ENTERPRISES, LTD., ET AL., DBA PINECREST COUNTRY CLUB v. HUSTI ET AL. Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.

No. 85–1980. NOFFSINGER ET AL. v. BANK OF CENTRAL FLORIDA. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1990. STERNER v. ANDRE ET AL. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.